## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ROBERT TICE, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 03-9 Erie |
| HARRY E. WILSON, | ) | |
| Respondent. | ) | |

### ORDER

AND NOW, this 14th day of July, 2005, the Petitioner having filed Objections to the Magistrate Judge's Report and Recommendation and Request for Evidentiary Hearing [Doc. No. 29], and the Court, having been informed that Petitioner intends to present the live testimony of Judy Tice and Karen Jaworski,

IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Susan Paradise Baxter for the purpose of conducting the supplemental evidentiary hearing on **July 28, 2005 at 1:30 p.m.** in Courtroom B, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record.