IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ROBERT TICE | ) |
| | ) |
|    Petitioner | ) |
| v. | )   C.A. No. 03-9 Erie |
| | ) |
| HARRY E. WILSON, | ) |
| | ) |
|    Respondent. | ) |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the Motion Order Directing United States Marshal to Pay Witness Fees, Including Transportation Expenses, for Petitioner's Witness Karen Jaworski, and the Court finding that the petitioner has been allowed to proceed in forma pauperis in this habeas corpus proceeding, and the presence of Karen Jaworski is necessary for the hearing scheduled for Wednesday, September 7, 2005, at 10:00 a.m., it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that the United States marshal shall arrange for the defendant's means of transportation to Erie, Pennsylvania, and in addition, the United States Marshal shall furnish the defendant with an amount of money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under §5702(a) of Title 5, United States Code; it is FURTHER ORDERED that such expenses be paid by the United States Marshal out of funds authorized by the Attorney General for such expenses.

_____
Susan Paradise Baxter
United States Magistrate Judge