# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

James Robert Tice )
)
)
Petitioner )
vs. )    No.    CA 03-9 Erie
Harry E. Wilson )
)
)
Respondent )

HEARING ON   September 7, 2005 Evidentiary Hearing

Before   U. S. Magistrate Judge Susan ParadiseBaxter

Thomas W. Patton, Esq., Federal P.D.               Michael E. Burns, Esq.
                                                   Office of District Attorney of Erie County

Appear for Plaintiff                               Appear for Defendant

Hearing Begun   10:30 a.m.                         Hearing Adjourned to   1:47 p.m.

Hearing concluded C.A.V.                           Stenographer Ron Bench
                                                   CD:           Index:

WITNESSES

For Plaintiff                                      For Defendant

Testimony heard from two witnesses for Petitioner.
Report & Recommendation to be issued.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__    DISTRICT OF    __PENNSYLVANIA__

James Robert Tice

V.

Harry E. Wilson, Warden

**EXHIBIT AND WITNESS LIST**

Case Number: CA 03-9 Erie

| PRESIDING JUDGE<br>Susan Paradise Baxter | PLAINTIFF'S ATTORNEY<br>Thomas W. Patton, Esq., Federal P.D. | DEFENDANT'S ATTORNEY<br>Michael E. Burns, Esq., Erie Co. DA's Office |
|---|---|---|
| TRIAL DATE (S)<br>September 7, 2005 | COURT REPORTER<br>Ron Bench | COURTROOM DEPUTY<br>Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9-7-05 | | | Judith Tice, witness for Petitioner |
| ✓ | | 9-7-05 | | | Karen Jawroski, witness for Petitioner |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages