**Hermitage House Youth Services**
P.O. Box 748 Edinboro, PA 16412 1-814-734-4951
GROUP HOMES INDEPENDENT LIVING EMERGENCY SHELTER

FACSIMILE COVER SHEET

FAX #814-734-3425

TO: Bob Blakely

LOCATION: Erie Juvenile Probation

FAX #:

DATE: 8/25/97

FROM: Pam

LOCATION:

(Visits since term 18)

NUMBER OF ACCOMPANYING PAGES: 0

COMMENTS: Visits were as follows: 6/7 - 6/9
6/13 - 6/15
2 hr. day July 4
7/18 - 7/20
7/25 - 7/27
8/9 - 8/11

visits ordinarily began at 6:00 Friday & ended at 9:00pm on Sunday

For purposes of Adult Charges

EXHIBIT WW