<u>Dear: Clerk of Courts,</u>          <u>4/09/06</u>

Case name: Tice v. Wilson, et al
Case number: 1:03-cv-9

<u>RE: letter!</u>

    I would like to know if, The final order, which changes my Sentence, will be sent to this Prison, (<u>SRCF Mercer</u>), letting, them know of such changes, So that They can make the needed Changes, To Reflect Such. dealing with my Sentencing, So that there is no discrepancy, also will it be sent by federal Clerk of Courts OR, State/County Clerk of Courts.

    I Just would like to make Sure, that the Prison is aware, that by me actually being found innocent on Case # 3206 of 1998, my new Release max date is August 23, 2007, instead of August 23, 2014.

    Also i would like to know what can be done by me, to get the County Clerk of Courts to Credit me, for the (5) month's (2) days, that i have done. which they owe me, which would make my new max be actually April, 21, 2007. Could you give me advise on this

Page 1 of 2

Please, So i can get my sentence Correction's Corrected by both the prison, also Clerk of Courts.

Thankyou

Sincerely

James R. Tice
Doc# EJ-7868
801 Butler Pike
MERCER, PA-16137