NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

James Robert Tice, Petitioner,

    V.

Harry Wilson, Warden, Respondent.

District Court Docket No. <u>Civil No. 03-9 Erie</u>

District Court Judge <u>Sean J. McLaughlin</u>

**Notice is hereby given that** <u>James Robert Tice</u> **appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment; [X] Order; [ ] Other (Specify)** _____

<u>denying in part petition for writ of habeas corpus and denial of application for certificate of appealability</u>

**entered in this action on** <u>March 31, 2006</u> .

**DATED:** April 28, 2006

*/s/ Thomas W. Patton*
<u>            </u>
**(Counsel for Appellant-signature)**
Thomas W. Patton PA ID#88653
<u>Assistant Federal Public Defender</u>
**(Name of Counsel-Typed)**
<u>1111 Renaissance Centre</u>
**(Address)**
<u>1001 State Street</u>

<u>Erie, PA  16501</u>

<u>(814) 455-8089</u>
**(Tel. No. - FTS or Other)**

Robert L. Eberhardt
<u>Assistant U.S. Attorney</u>
**(Counsel for Appellee)**
<u>400 U.S. Courthouse</u>
**(Address)**
<u>Seventh Avenue & Grant St.</u>

<u>Pittsburgh, PA  15219</u>

<u>(412) 894-7353</u>
**(Tel. No. - FTS or Other)**