UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-2502
_____

JAMES ROBERT TICE,

Appellant

v.

HARRY E. WILSON, Warden; THE DISTRICT ATTORNEY OF THE
COUNTY OF ERIE, PENNSYLVANIA; THE ATTORNEY GENERAL OF THE
COMMONWEALTH OF PENNSYLVANIA

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D. C. No. 03-cv-00009E)
District Judge: Hon. Sean J. McLaughlin

Submitted under Third Circuit LAR 34.1(a)
on January 18, 2008

Before: SCIRICA, Chief Judge, BARRY and ROTH, Circuit Judges

**JUDGMENT**

This case came on to be heard on the record before the United States District Court for the Western District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on January 18, 2008.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court dated, March 31, 2006, be and the same is hereby **affirmed.**

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: May 7, 2008

**Certified as a true copy and issued in lieu of a formal mandate on** ___05/29/08___

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**