*Doc. 1-30*

OFFICE OF THE CLERK

**MARCIA M. WALDRON**       UNITED STATES COURT OF APPEALS        TELEPHONE

**CLERK**                  FOR THE THIRD CIRCUIT                  215-597-2995



21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

May 29, 2008

Mr. Robert V Barth Jr.
United States District Court for the Western District of PA
P.O. Box 1820
Erie, PA 16501-0000

**RECEIVED**

**JUN - 9 2008**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RE: Tice v. Wilson, et al
Case Number: 06-2502
District Case Number: 03-cv-00009E

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(X) We return herewith the certified record in the case(s). (1 Box)
( ) We release herewith the certified list in lieu of the record in the case(s).

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: /s/Aina R. Laws
    Case Manager
    267-299-4957

cc: Michael E. Burns, Esq.
    Thomas W. Patton, Esq.